STATE OF NEW JERSEY v. CHARLES PAYNE.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MEEHAN.

December 22, 1981.

Motion for leave to appeal denied.

LINDA ANZALONE v. DEPARTMENT OF HUMAN SERVICES.

December 22, 1981.

Petition for certification granted.

JANE TUFARO v. DEPARTMENT OF HUMAN SERVICES.

December 22, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. MARC TISCIA.

December 22, 1981.

Petition for certification denied.